United States Courts
Southern District of Texas
FILED
SEP 08 2014
David J. Bradley, Clerk of Court

UNITED STATES DISTRICT COURT    SOUTHERN DISTRICT OF TEXAS

Motion and Order for Admission *Pro Hac Vice*

| Division | HOUSTON | Case Number | 4:14-cv-02501 |
|---|---|---|---|
| DYNAMIC SPORTS NUTRITION LLC, ||||
| *versus* ||||
| CR HOLDINGS INC. ||||

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number<br>Federal Bar & Number | Minja Herian<br>Koley Jessen P.C., L.L.O.<br>1125 South 103rd Street, Suite 800<br>Omaha, NE 68124<br>402-390-9500<br>Nebraska, 24669<br>U.S. District Court for the District of Nebraska |
|---|---|
| Seeks to appear for this party: | CR Holdings, Inc. |
| Dated: 9/4/2014 | Signed: *Minja Herian* |

| The state bar reports that the applicant's status is: *active* ||
|---|---|
| Dated: 9/9/14 | Clerk's signature: |

| Order | This lawyer is admitted *pro hac vice*. |
|---|---|

Dated: _____    _____
United States District Judge